# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania : 
State Ethics Commission, : 
                Petitioner : 
                  : 
            v. : 
                  : 
Elvera Honore, :   No. 4 M.D. 2015
             Respondent : 

## O R D E R

AND NOW, this 29th day of November, 2016, it is ORDERED that the above-captioned opinion filed November 3, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

 

_____

ANNE E. COVEY, Judge